## The District Court of the 13th Judicial District.
## County of Yellowstone.

STATE OF MONTANA,
    Plaintiff,                    CAUSE NO. DC-08-565
vs.                            DECISION
TASHA RAINEY,
    Defendant.

On December 3, 2009, the defendant was sentenced as follows: <u>Count I:</u>

Fifteen (15) years in the Montana Women's Prison, with five (5) years suspended, for the offense of Aggravated Burglary by Accountability, a felony; and Count II: Fifteen (15) years in the Montana Women's Prison, with five (5) years suspended, for the offense of Aggravated Assault by Accountability, a felony. Counts I and II shall run concurrently with each other.

On October 8, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Lisa Bazant. The state was represented by Sheila Kolar.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of October, 2010.

DATED this 21st day of October, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.